# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131917 & (44)(45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRIS LARONN MORROW,
      Defendant-Appellant.

SC: 131917
COA: 256195
Genesee CC: 04-013883-FH

_____/

      On order of the Court, the application for leave to appeal the June 29, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for immediate consideration and for remand to the trial court are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120